**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **STEPHANIE L. MINES** | : | |
| **DEBTOR** | : | **BANKRUPTCY NO. 20-13062-AMC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I caused a copy of the foregoing First Amended Chapter 13 Plan, to be served upon Standing Chapter 13 Trustee, the US Trustee and all other interested parties via CM/ECF and/or First Class U.S. Mail, Postage Prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812
Dated: February 16, 2021                    Attorney for Debtor