## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE L. MINES | : | |
| DEBTOR | : | BANKRUPTCY NO. 20-13062-MDC |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:


Please withdraw Document Number 24, Certificate of Service, which was filed by Counsel for Debtor on February 16, 2021 in error.


Respectfully submitted,


/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
Counsel for Debtor

**Dated:** February 16, 2021