## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE L. MINES | : | |
| DEBTOR | : | BANKRUPTCY NO. 20-13062-MDC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I caused a copy of the foregoing First Amended Chapter 13 Plan, to be served upon Standing Chapter 13 Trustee, the US Trustee and all other interested parties via CM/ECF and/or First Class U.S. Mail, Postage Prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812
Dated: February 16, 2021                    Attorney for Debtor