United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                             Case No. 20-13062-mdc

Stephanie L. Mines                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                  Page 1 of 2

Date Rcvd: Mar 18, 2021                            Form ID: 155                          Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie L. Mines, 6137 N. Marshall Street, Philadelphia, PA 19120-1330 |
| 14521172 | + | AT&T Headquarters, 208 S. Akard St., Dallas, TX 75202-4206 |
| 14521171 | + | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14541338 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14526004 | | FREEDOM MORTGAGE CORPORATION, C/o Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558398 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521176 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14521180 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14545786 | + | Purchasing Power, LLC, 2727 Paces Ferry Road,SE, Bldg.2, Suite 1200, Atlanta, GA 30339-4053 |
| 14521181 | + | Raymour & Flannigan, PO Box 130, Liverpool, NY 13088-0130 |
| 14521182 | + | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 14521184 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14521185 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14538476 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 02:36:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547153 | | Email/Text: megan.harper@phila.gov | Mar 19 2021 03:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14521173 | | Email/Text: megan.harper@phila.gov | Mar 19 2021 03:50:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14521174 | | Email/Text: G06041@att.com | Mar 19 2021 03:50:00 | Direct TV, 2230 East Imperial Highway, El Segundo, CA 90245 |
| 14521175 | + | Email/Text: bknotice@ercbpo.com | Mar 19 2021 03:50:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14521177 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2021 03:50:00 | Internal Revenue Service, Room 5200 IE:T3:1, 600 Arch Street, Philadelphia, PA 19106 |
| 14521178 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 19 2021 03:50:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14521179 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:50:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Bankruptcy Department, Harrisburg, PA 17128-0846 |
| 14521183 | + | Email/Text: bankruptcy@swmc.com | Mar 19 2021 03:50:00 | Sun West Mortgage Company, Inc., 6131 Orangethorpe Avenue, Suite 500, Buena Park, CA |

Case 20-13062-mdc    Doc 34    Filed 03/20/21    Entered 03/21/21 00:42:36    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 155 | Total Noticed: 24 |

| 14524175 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 19 2021 02:59:36 | 90620-4903<br>T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| --- | --- | --- | --- |
| 14539094 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 19 2021 02:37:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| CHRISTIAN A. DICICCO | on behalf of Debtor Stephanie L. Mines cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephanie L. Mines
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13062−mdc

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 18, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Magdeline D. Coleman
                                                     Chief Judge ,
                                                     United States Bankruptcy Court

                                                                             31
                                                                        Form 155