# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE L. MINES | : | |
| DEBTOR | : | BANKRUPTCY NO. 20-13062-MDC |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,250.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less, **$0.00** which was paid by the Debtor pre-petition, to the extent provided for in the Confirmed Plan

Dated: __April 13, 2021__          _____
**MAGDELINE D. COLEMAN**
Chief U.S. Bankruptcy Judge