Certificate Number: 05781-PAE-DE-036023885

Bankruptcy Case Number: 20-13062



05781-PAE-DE-036023885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2021</u>, at <u>9:05</u> o'clock <u>AM PDT</u>, <u>Stephanie Mines</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 28, 2021</u>

By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>