**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                      Chapter 13

                      Bankruptcy No. 20-13062-MDC

STEPHANIE L. MINES

6137 N. MARSHALL STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEPHANIE L. MINES

6137 N. MARSHALL STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 19107-

Date: 7/21/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee