## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>STEPHANIE L. MINES<br>Debtor(s) | Case No. 20-13062-mdc |
| Freedom Mortgage Corporation,<br>Movant | Chapter 13 |
| vs.<br>STEPHANIE L. MINES<br>Respondents | 11 U.S.C. §362 |

### ORDER

**AND NOW**, this 11th day of _____August_____ 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge