**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> STEPHANIE L. MINES <br><br> STEPHANIE L. MINES, <br>     Movant <br><br> vs. <br><br> Freedom Mortgage Corporation, <br>     Respondent | Case No. 20-13062-mdc <br> Chapter 13 |

**RESPONSE TO AMENDED DEBTOR'S MOTION TO SELL PROPERTY FREE
AND CLEAR OF LIENS**

    **COMES NOW**, Freedom Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, and hereby responds to the Amended Debtor's Motion to Sell Property Free and Clear of Liens [Doc. 62] filed on October 10, 2022, and in support thereof, shows unto the Court as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Respondent does not have information necessary to admit or deny the averment in Paragraph 4. Strict proof is demanded at trial.

5. Admitted in part. Denied in part. By way of further answer, it is admitted only that the Debtor listed on her Schedule A the property with a value of $150,0000.00, this does not mean it is the actual value of the Property.

6. Admitted in part and denied in part. It is admitted that the Property is encumbered by a secured lien of Freedom Mortgage Corporation. The remaining averments are denied as Respondent does not have information necessary to admit or deny.

7. Denied. Debtors provides no proof of the value of the property.

8. Admitted in part and denied in part. It is admitted that the sales agreement is attached to the first Motion filed and the sales price is $200,000.00. Respondent does not have information necessary to admit or deny the remaining averment in is therefore denied

9. Denied. By way of further answer, Respondent objects to any expenses being paid before its valid secured lien is paid in full from the proceeds of the sale.

10. Denied. Debtor did not provide any proof of the value of the property.

**WHEREFORE**, Respondent objects to any Order permitting sale of the property without the following:

   a. Respondent's lien is paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date; or

   b. Any short payoff is approved by Respondent; and

   c. Debtor shall have ninety (90) days from entry of the Order to sell the Real Property.

This the 19th day of October, 2022

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>STEPHANIE L. MINES<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>STEPHANIE L. MINES ,<br>    Debtor | Case No. 20-13062-mdc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Debtor's Amended Motion To Sell Property Free And Clear Of Liens has been electronically served or mailed, postage prepaid on this day to the following:

STEPHANIE L. MINES
6137 N MARSHALL STREET
PHILADELPHIA, PA 19120

Ronald G. McNeil, Debtor's Attorney
McNeil Legal services
1333 Race Street
Philadelphia, PA 19107
r.mcneil1@verizon.net

KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

<u>10/19/2022</u>

                                   <u>*/s/Andrew Spivack*</u>
                                   Andrew Spivack, PA Bar No. 84439
                                   Matt Fissel, PA Bar No. 314567
                                   Mario Hanyon, PA Bar No. 203993
                                   Ryan Starks, PA Bar No. 330002
                                   Jay Jones, PA Bar No. 86657
                                   Attorney for Creditor
                                   BROCK & SCOTT, PLLC
                                   8757 Red Oak Boulevard, Suite 150
                                   Charlotte, NC 28217
                                   Telephone: (844) 856-6646
                                   Facsimile: (704) 369-0760
                                   E-Mail: PABKR@brockandscott.com