UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 20 - 13062 |
| Stephanie L. Mines | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Magdeline D. Coleman |
| | : | |

## CERTIFICATE OF NO OBJECTION

Pursuant to Rule 2016-1(f) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Counsel Application for Counsel Fees was served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on October 11, 2022, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: November 2, 2022