UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 20 - 13062 |
|    Stephanie L. Mines | : | (Chapter 13) |
|              Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

# ORDER

AND NOW, upon consideration of Debtor's Amended Motion to Sell Property Free and Clear of Liens, upon notice to all interested parties, upon the filing, and any responses thereto, and after a hearing before the Court and for good cause shown, it is hereby

ORDERED, that Debtor is authorized to sell her real property located at 6137 No. Marshall Street in the City and County of Philadelphia, within the Commonwealth of Pennsylvania 19120-1330 ("The Property"), for the sale price of $200,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of September 28, 2022, to the buyer thereunder, Angela Kirby ("Buyer"), who has been represented to be purchasing the Property at arms-length.

Debtor shall pay in full her mortgage lien from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date. The City of Philadelphia's statutory liens and judicial liens, if any, will be paid at closing in amounts necessary to provide the Buyer with clear title. Upon the payment of these liens, these creditors will amend their proof of claim. The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters                            $ <u>3,875.00</u>

2. Freedom Mortgage Corp.                  $<u>120,000.00</u> **

| | | |
|---|---|---|
| 3. | City of Philadelphia's statutory liens and judicial liens | $ 1,856.01 ** |
| 4. | Property repairs, if any | $_____ |
| 5. | Real estate commission, at no greater than 6% | $ 12,000.00 |
| 6. | Realty Transfer taxes | $ 4,278.00 |
| 7. | Attorneys' fees (Ronald G. McNeil, Esquire) | $ 369.92 |
| 8. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $_____ |
| 9. | Other | $_____ |
| | TOTAL | $143,378.93 |

** - these are preliminary figures which should change before Settlement

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth E. West, Esquire, Chapter 13 Standing Trustee, approximately $1,866.00, as the amount to satisfy Debtor's confirmed Chapter 13 Plan.

The title clerk shall fax [(215) 627 - 6299] a completed HUD-l or settlement sheet from the closing directly to the Office of the Chapter 13 Standing Trustee, Kenneth E. West, Esquire, immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee's approval, the title clerk shall complete closing.

DATE: November 4, 2022     BY THE COURT

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUTCY JUDGE