United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-13062-mdc

Stephanie L. Mines     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 12, 2023     Form ID: 138OBJ     Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephanie L. Mines, 6137 N. Marshall Street, Philadelphia, PA 19120-1330 |
| 14521172 | + | AT&T Headquarters, 208 S. Akard St., Dallas, TX 75202-4206 |
| 14526004 | | FREEDOM MORTGAGE CORPORATION, C/o Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558398 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14645197 | + | Freedom Mortgage Corporate, Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14521180 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14521171 | + | Email/Text: bankruptcynotices@aarons.com | Jan 13 2023 00:35:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14538476 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547153 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14521173 | | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14729780 | + | Email/Text: megan.harper@phila.gov | Jan 13 2023 00:35:00 | City of Philadelphia, and/or Water Revenue Bureau, Law Department-Municipal Services Bldg., 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1606 |
| 14521174 | | Email/Text: G06041@att.com | Jan 13 2023 00:35:00 | Direct TV, 2230 East Imperial Highway, El Segundo, CA 90245 |
| 14521175 | + | Email/Text: bknotice@ercbpo.com | Jan 13 2023 00:35:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14541338 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 13 2023 00:35:00 | FREEDOM MORTGAGE CORPORATION, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 14645198 | + Email/Text: Bankruptcy@Freedommortgage.com | Jan 13 2023 00:35:00 | FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14521176 | + Email/Text: Bankruptcy@Freedommortgage.com | Jan 13 2023 00:35:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14521177 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 00:35:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14620286 | + Email/PDF: rmscedi@recoverycorp.com | Jan 13 2023 00:36:12 | Internal Revenue Service, Room 5200 IE:T3:1, 600 Arch Street, Philadelphia, PA 19106 |
| 14521178 | + Email/Text: bankruptcygroup@peco-energy.com | Jan 13 2023 00:35:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14521179 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14545786 | + Email/Text: bankruptcy@purchasingpower.com | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Bankruptcy Department, Harrisburg, PA 17128-0846 |
| 14521181 | ^ MEBN | Jan 13 2023 00:24:54 | Purchasing Power, LLC, 2727 Paces Ferry Road,SE, Bldg.2, Suite 1200, Atlanta, GA 30339-6143 |
| 14521182 | + Email/Text: Bankruptcy.Consumer@dish.com | Jan 13 2023 00:35:00 | Raymour & Flannigan, PO Box 130, Liverpool, NY 13088-0130 |
| 14521183 | + Email/Text: bankruptcy@swmc.com | Jan 13 2023 00:35:00 | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 14524175 | + Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 00:36:52 | Sun West Mortgage Company, Inc., 6131 Orangethorpe Avenue, Suite 500, Buena Park, CA 90620-4903 |
| 14521184 | ^ MEBN | Jan 13 2023 00:24:51 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14521185 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 13 2023 00:35:00 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14539094 | + Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 00:36:12 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| | | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

Date: Jan 14, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

**Name**              **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com
    wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

RONALD G. MCNEIL
    on behalf of Debtor Stephanie L. Mines r.mcneil1@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stephanie L. Mines

        Debtor(s)

Case No: 20−13062−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23

76 − 75
Form 138OBJ